SHAWN N. ANDERSON
United States Attorney
GARTH R. BACKE
Assistant United States Attorney
United States Courthouse, Second Floor
P.O. Box 500377
Saipan, MP 96950
TEL:   (670) 236-2980
FAX:   (670) 236-2985

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF**<br><br>INFORMATION ASSOCIATED WITH GOOGLE ACCOUNTS DOE461428@GMAIL.COM AND SCARBALLON@GMAIL.COM THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC | Case No. 24-mc-00094<br><br>**UNITED STATES' SUBMISSION OF<br>PROPOSED REDACTIONS** |

1    The United States submits herewith, under separate cover, proposed redacted versions of

2    certain documents already in the Court's case file for this matter.  The redactions conceal personal

3    identifying information.  With these limited redactions in place, the United States does not oppose

4    the unsealing of this case file.  *See, e.g., United States v. Business of Custer Battlefield Museum*,

5    658 F.3d 1188, 1194 (9th Cir. 2011) (in regards to post-investigation warrant materials, "the

6    privacy interests of the individuals identified in the warrants and supporting affidavits, are also

7    important, but, in a particular case involving materials subject to the common law right of access,

8    they may be redressed through a court's discretion either to release redacted versions of the

9    documents or, if necessary, to deny access altogether, as we discuss below"); *Saunders v. City of*

10   *Chicago*, 2017 WL 3082036, *5 (E.D. Ill. July 19, 2017) (granting plaintiff's request to unseal

11   "with appropriate redactions for personal identifying information").  *See also* Robert Timothy

1    Reagan, "Sealing Court Records and Proceedings: A Pocket Guide" (Federal Judicial Center 2010)

2    at 21-22 ("When possible, redacted versions of sealed documents should be filed publicly.").

       Respectfully submitted on February 24, 2025.

                                            SHAWN N. ANDERSON
                                            United States Attorney

               By:      _/s/   Garth R. Backe_____
                       GARTH R. BACKE
                       Assistant United States Attorney